## MISSOURI, O. & G. RY. CO. v. WEBB.

No. 4044.   Opinion Filed April 27, 1915.

Rehearing Denied June 1, 1915.

(148 Pac. 1042.)

**FAILURE TO FENCE—Damages to Crops.**   For syllabus, see M., O. & G. Ry Co. v. Brown (No. 4043) ante, 138 Pac. 1040.

(Syllabus by Rittenhouse, C.)

*Error from County Court, Bryan County;*

*J. L. Rappolee, Judge.*

Action by J. M. Webb, Jr., against the Missouri, Oklahoma & Gulf Railway Company.   Judgment for plaintiff, and defendant brings error.   Reversed and remanded.

*E. R. Jones* and *J. C. Wilhoit* and *Arthur Miller,* for plaintiff in error.

*Chas. E. McPherren, Chas. B. Cochran,* and *Chas. P. Abbott,* for defendant in error.

RITTENHOUSE, C.   This action was begun in the county court of Bryan county, Okla., for the recovery of damages to growing crops caused by the alleged negligence of the railway company in the failure to build and maintain a fence as required by sections 1435, 1436, 1438, Rev. Laws 1910.

The facts, issues, trial, and judgment in this case are, in all respects, identical with those involved in the case of *M., O. & G. Ry. Co. v. Brown* (No. 4043) *ante,* 148 Pac. 1040, and the holding of the court in the instant case is the same as in that case.   The judgment of the trial court should be accordingly reversed and remanded.

By the Court:   It is so ordered.